UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-2587 (JMR/SRN)

Sunrise International Leasing Corp.)
)
) ORDER
v. )
)
Frontline Communications Intl. )

The Court has been advised by counsel that the above entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 30 days.

Dated: January 30, 2003

JAMES M. ROSENBAUM, Chief
United States District Judge

FILED 1-30-03
RICHARD D. SLETTEN, CLERK