UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-2587 (JMR/SRN)

| | | |
|---|---|---|
| Sunrise International Leasing Corp | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Frontline Communications | ) | |
| International Inc., et al. | ) | |

The Court has been advised by counsel that the above entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with/out prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: March 3d, 2003

JAMES M. ROSENBAUM, Chief
United States District Judge

FILED MAR 0 3 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK